and licensed without an examination to practice as an attorney and counselor in the courts of the state of New York. No opinion. Application granted.

---

PEARSON v. CUTHBERT et al. (Supreme Court, Appellate Division, First Department. April 19. 1901.) Action by Frederick S. Pearson against Edward B. Cuthbert and others. No opinion. Motion denied, with $10 costs.

---

PEOPLE v. KRIVITSKY. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Proceedings by the people of the state of New York against Paul T. Krivitsky. No opinion. Motion denied. Stay granted on appeal to the court of appeals.

---

PEOPLE, Appellant, v. LUHRS, Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Proceedings by the people of the state of New York against Frederick H. Luhrs. No opinion. Judgment of the municipal court affirmed, with costs.

---

PEOPLE, Respondent, v. McKENNA, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Proceedings by the people of the state of New York against Patrick McKenna, impleaded with William Baker, on a forfeited recognizance. From an order denying a motion to vacate a judgment in favor of plaintiff, and to set aside an execution issued thereon, defendant McKenna appeals. Reversed. Robert C. Taylor, for appellant. C. E. Le Barbier, for the People.

McLAUGHLIN, J. The question presented on this appeal is precisely the same as the one presented in the case of People v. McKenna (decided herewith) 70 N. Y. Supp. 1057, and for the reasons given in the opinion in that case the order appealed from must be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

PATTERSON, J., concurs. LAUGHLIN, J., concurs in result. INGRAHAM and HATCH, JJ., dissent.

---

PEOPLE v. MUTUAL BREWING CO. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Proceedings by the people of the state of New York against the Mutual Brewing Company. No opinion. Motion for stay denied, without costs.

---

PEOPLE, Respondent, v. NORMOYLE, Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Proceedings by the people of the state of New York, on complaint of Bridget Normoyle, against Michael Normoyle. No opinion. Order affirmed, with costs.

---

PEOPLE v. POLLEY. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Proceedings by the people of the state of New York against Grahams Polley. No opinion. Motion denied, with leave to renew after the action of the appellate division, under the provisions of chapter 602 of the Laws of 1901.

---

PEOPLE v. WEISSMAN. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Proceedings by the people of the state of New York against Samuel L. Weissman. No opinion. Motion granted, with $10 costs.

---

PEOPLE ex rel. CLIFFORD, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Proceedings by the people of the state of New York, on the relation of Robert Clifford, against Bernard J. York and others. A. G. Cropsey, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with costs, on opinion in People v. York, 43 App. Div. 138, 59 N. Y. Supp. 333.

---

PEOPLE ex rel. LUDDEN, Appellant, v. WINSTON, Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Proceedings by the people of the state of New York, on the relation of Lillie Ludden, against Walker Winston. E. Sweeney, for appellant. J. J. Crawford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 69 N. Y. Supp. 452.

---

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Respondent, v. PRIEST et al., State Board of Tax Com'rs, Appellants. (Supreme Court, Appellate Division, Third Department. May 21, 1901.) Proceedings by the people of the state of New York, on the relation of New York Central & Hudson River Railroad Company, against George E. Priest, J. Edgar Leaycraft, and Lester F. Stearns, together constituting the state board of tax commissioners.

PER CURIAM. Order, so far as it is appealed from, is reversed, and motion to strike out granted, and in lieu of the words first stricken out the following to be inserted, "including such other facts as may be pertinent and material to show the value of the property assessed on the roll and the grounds for the valuation made by the assessing officers," upon the authority of People v. State Board of Tax Com'rs, 55 App. Div. 186, 67 N. Y. Supp. 51. All concur, except KELLOGG, J., who dissents on grounds stated in dissenting opinion in case last named.

---

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Appellant, v. PRIEST et al., State Board of Tax Com'rs, Respondents. (Supreme Court. Appellate Division, Third Department. May 21, 1901.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against George E. Priest, J. Edgar Leaycraft, and Lester F. Stearns, together constituting the state board of tax commissioners. No opinion. Order affirmed, upon the authority of People v. State Board of Tax Com'rs, 55 App. Div. 186, 67 N. Y. Supp. 51, with $10 costs and disbursements.

---

PEOPLE ex rel. THOMSON v. FEITNER et al. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Proceedings by the people of the state of New York on the relation of Anne D. Thomson, against Thomas